**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **DYNAMIC APPLET TECHNOLOGIES, LLC,** | § § § § | |
| Plaintiff, | § § | |
| v. | § | Civil Action No. 4:17-cv-863 |
| **HAVERTY FURNITURE COMPANIES, INC.,** | § § § | |
| Defendants. | | |

### ORDER

Pending before the Court is Plaintiff Dynamic Applet Technologies, LLC ("Plaintiff") ("Plaintiff") and Defendants Haverty Furniture Companies, Inc.'s ("Defendants") Joint Motion to Stay All Deadlines and Notice of Settlement in Principle as to Haverty Furniture Companies (the "Motion") (Dkt. 20). The Motion represents that Plaintiff and Defendant have agreed to a settlement in principle and are in the process of finalizing a formal settlement agreement. *See id*. Upon consideration, the Court finds the Motion (Dkt. 20) is **GRANTED**.

**IT IS THEREFORE ORDERED** that the Rule 16 Management Conference scheduled for May 10, 2018, is **CANCELLED**, and the parties are **ORDERED** to submit to the Court all papers necessary for the resolution of the claims between them **no later than June 11, 2018**.

If such papers are not received by the Court by the scheduled deadline, and if the parties have not requested an extension of the deadline, the Court may order the parties to appear at a hearing for the purpose of determining which party is responsible for the delay. Thereafter, the Court may enter such orders as are just and necessary to ensure prompt resolution of this case.

**IT IS SO ORDERED.**

**SIGNED this 10th day of May, 2018.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE